IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-1958-AP**

**STEVEN S. GARCIA,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #16), filed March 11, 2014, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will direct the administrative law judge (ALJ) to (1) update the treatment evidence on Plaintiff's medical condition; (2) expressly evaluate the treating and examining medical source opinions and explain the reasons for the weight given to this opinion evidence; (3) further consider Plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (4) and if warranted, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58,

consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  March 11, 2014.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT