IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01958-AP

STEVEN S. GARCIA,

    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the ORDER entered by the Honorable Judge John L. Kane, on March 11, 2014, it is hereby

ORDERED that this civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Plaintiff may have his costs upon the filing of a Bill of Costs within fourteen days of the court's order.

DATED at Denver, Colorado this 11th day of March, 2014.

                FOR THE COURT,
                JEFFREY P. COLWELL, Clerk

                By: s/ Kathy Lyons
                      Kathy Lyons, Deputy Clerk