IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-1958-AP**

**STEVEN GARCIA,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Plaintiff's Motion for Attorney Fees (Unopposed)(doc. #19), filed April 2, 2014, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$2,805.00**.

Dated at Denver, Colorado, this 3rd day of April, 2014.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT